## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: David Tazwell Cox III**　　　　　　　**BK NO. 18-05071 HWV**
　　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ **Rebecca A. Solarz**
　　　　　　　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　　　　　　　20 Oct 2020, 13:44:57, EDT

　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　215-627-1322